RICHARD JAFFE, ESQ.
Subject to pro hac vice admission
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
Subject to pro hac vice admission
48 Dewitt Mills. Rd.
Hurley, NY 12433
Tel: 845-481-2622

TODD S. RICHARDSON, ESQ.
Law Offices of Todd S Richardson, PLLC
604 Sixth Street
Clarkston, WA 99403
Tel: 509-758-3397
Fax: 509-758-3399
WSBA 30237
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN STOCKTON, RICHARD EGGLESTON, M.D., THOMAS T. SILER, M.D., DANIEL MOYNIHAN, M.D., CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation, AND JOHN AND JANE DOES, M.Ds 1-50,<br>Plaintiffs,<br><br>v.<br><br>ROBERT FERGUSON, Attorney General of the State of Washington, AND KYLE S. KARINEN, Executive Director of the Washington Medical Commission,<br>Defendants. | **Case No: 2:24-cv- 00071-TOR**<br><br>**CONSOLIDATED MOTION FOR PRO HAC VICE ADMISSION AND MOTION TO EXPEDIATE ON THE ADMISSION OF ROBERT F. KENNEDY, JR.**<br><br>**March 15, 2024**<br>**Without Oral Argument** |

CONSOLIDATED MOTION FOR PRO HAC VICE ADMISSION OF ROBERT F.
KENNEDY JR. AND MOTION TO EXPEDITE

1

Movant Robert F. Kennedy Jr. states as follows

1. Movant Robert F. Kennedy, Jr. seeks permission to appeal pro hac vice in this case.

2. Robert F. Kennedy Jr. has an office address as listed in the caption of this Motion. Mr. Kennedy was admitted to the New York Bar in 1985. There are no pending disciplinary sanction actions against Mr. Kennedy, and he has never been the subject of any disciplinary sanction by any court or bar association.

3. Eastern District of Washington admitted attorney Todd S. Richardson will be local and co-counsel on this case. The address is as listed in the caption and the signature page.

4. The pro hac vice movant has strong background in First Amendment and censorship issues which is the subject of this case, as well knowledge of the substantive issues relating to Covid policy.

5. Mr. Kennedy is co-counsel in *Hoang v. Bonta*, which obtained a preliminary injunction against a law similar to the Washington Medical Commission's September 2021 Covid information policy statement. He is also co-counsel with Mr. Jaffe in another similar recently filed case in California.

6. Mr. Kennedy's interest in First Amendment and Censorship goes well beyond physician censorship. He is involved as a plaintiff and strategist in several

CONSOLIDATED MOTION FOR PRO HAC VICE ADMISSION OF ROBERT F. KENNEDY JR. AND MOTION TO EXPEDITE

2

First Amendment lawsuits, one of which, *Kennedy v. Biden* has recently

obtained a preliminary injunction from a Louisiana district court.

7.  Mr. Kennedy is the author of two recent books on Covid related matters, *The*

*Real Anthony Fauci* and *The Wuhan Coverup*, both of which books deal with

information which may be relevant to later stages of this case.

8.  Movant is filing this Motion to Expedite because Plaintiffs intend to file a

preliminary injunction motion shortly, and would like the movant to be

admitted quickly.

WHEREFORE Robert F. Kennedy Jr., together with local and co-counsel,

Todd S. Richardson, and co-counsel Richard Jaffe, and the Plaintiffs herein

request that this Motion for Pro Hac Vice admission be granted.


Respectfully submitted,

RICHARD JAFFE, ESQ.
Subject to Pro hac vice admission
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
Subject to Pro hac vice admission
48 Dewitt Mills. Rd.
Hurley, NY 12433
Tel: 845-481-2622

CONSOLIDATED MOTION FOR PRO HAC VICE ADMISSION OF ROBERT F.
KENNEDY JR. AND MOTION TO EXPEDITE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TODD S. RICHARDSON, ESQ.
Law Offices of Todd S Richardson, PLLC

604 Sixth Street
Clarkston, WA 99403
Tel: 509-758-3397
Fax: 509-758-3399
WSBA 30237
Attorneys for Plaintiffs

CONSOLIDATED MOTION FOR PRO HAC VICE ADMISSION OF ROBERT F.
KENNEDY JR. AND MOTION TO EXPEDITE

4

1
2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3
4
5
6
7

JOHN STOCKTON, RICHARD
EGGLESTON, M.D., THOMAS T. SILER,
M.D., DANIEL MOYNIHAN, M.D.,
CHILDREN'S HEALTH DEFENSE, a not-
for-profit corporation, AND JOHN AND
JANE DOES, M.Ds 1-50,
                    Plaintiffs,

**Case No: 2:24-cv- 00071-TOR**

**[PROPOSED] ORDER GRANTING
EXPEDITED HEARING AND PRO
HAC VICE ADMISSION OF
ROBERT F. KENNEDY, JR.**

8

v.

9
10
11
12

ROBERT FERGUSON, Attorney General
of the State of Washington, AND KYLE S.
KARINEN, Executive Director of the
Washington Medical Commission,
                    Defendants.

13

14
15

    Came on to be heard, the Motion for Pro Hac Vice Admission of ROBERT F.
KENNEDY, JR.

16
17
18

    GOOD CAUSE APPEARING THEREFOR, the motion is GRANTED.  Movant
ROBERT F. KENNEDY, JR. is to be added to the docket as representing Plaintiffs
along with Eastern District admitted counsel, Todd S. Richardson.

19

20

    Dated March 15, 2024

21
22
23

_____

Thomas O Rice, USDJ

24
25
26
27
28

1