ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| JOHN STOCKTON, RICHARD EGGLESTON, M.D., THOMAS T. SILER, M.D., DANIEL MOYNIHAN, M.D., CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation, AND JOHN AND JANE DOES, M.Ds 1-50,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington, AND KYLE S. KARINEN, Executive Director of the Washington Medical Commission,<br><br>Defendants. | NO. 2:24-cv-00071-TOR<br><br>NOTICE OF APPEARANCE<br><br>**(CLERK'S ACTION REQUIRED)** |

TO:        Clerk of the Above-Entitled Court

AND TO:   Counsel for Plaintiffs

YOU AND EACH OF YOU will please take notice that Assistant Attorney General, Andrew R.W. Hughes hereby appears as counsel for Defendants Robert W. Ferguson and Kyle S. Karinen, in the above-entitled action. All further pleadings and papers, exclusive of original process, should be served on Andrew

NOTICE OF APPEARANCE
NO. 2:24-cv-00071-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
(206) 464-7744

R.W. Hughes at the address stated below.

**TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY COURT RULE.**

DATED this 15th day of March 2024.

ROBERT W. FERGUSON
Attorney General

*s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
*Attorney for Defendants*

NOTICE OF APPEARANCE
NO. 2:24-cv-00071-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
(206) 464-7744