UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN STOCKTON; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ROBERT FERGUSON, Attorney General of the State of Washington and KYLE S. KARINEN, Executive Director of the Washington Medical Commission, <br><br> Defendants - Appellees. | No. 24-3777 <br><br> D.C. No. 2:24-cv-00071-TOR <br> Eastern District of Washington, Spokane <br><br> ORDER |

Before: SCHROEDER and HURWITZ, Circuit Judges.

The motion for injunctive relief (Docket Entry No. 7) is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The existing briefing schedule remains in effect.